```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| EDWARD W. KELLIHER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAMAL F. KASSIS, M.D., et al.,<br><br>　　　　　Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 14-3045 (JBS/JS)<br><br>**ORDER** |

　　　This matter having come before the Court on a motion to dismiss by Defendant Boardwalk Surgical Associates, P.A. ("Boardwalk") [Docket Item 13] upon notice to Raynes McCarty, attorneys for Plaintiff Edward W. Kelliher and to all counsel of record, pursuant to N.J.S.A. 2A:53A-40, upon the absence of any involvement of Boardwalk with Plaintiff, any defendant or the allegation set forth in the Complaint; the Court having considered Boardwalk's submission and noting that it is unopposed; and for good cause shown;

　　　IT IS this **19th** day of **August**, **2014,** hereby

　　　ORDERED that Defendant Boardwalk Surgical Associates, P.A.'s motion to dismiss is **GRANTED**; and it is further

　　　ORDERED that the Complaint is dismissed with prejudice as to Defendant Boardwalk Surgical Associates, P.A.; and it is further

ORDERED that a copy of the within Order shall be served upon all counsel within seven (7) days of today's date.

        **s/ Jerome B. Simandle**
        JEROME B. SIMANDLE
        Chief U.S. District Judge