# RAYNES MCCARTY
TRIAL AND APPELLATE LAWYERS

Stephen E. Raynes, Esquire
seraynes@raynesmccarty.com

December 20, 2016

**Via ECF**
The Honorable Jerome B. Simandle
Chief Judge, United States District Court
  For the District of New Jersey
Mitchell H. Cohen Building
  & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

>     Re:   *Kelliher v. Kassis, M.D., et al.,*
>           *United States District Court for the*
>           *District of New Jersey No. 1:14-CV-03045-JBS-JS*

Dear Chief Judge Simandle:

As Your Honor is aware, the parties went before Retired Judge Isman yesterday for mediation. On behalf of all parties we are pleased to report that the case has settled. We appreciate the Court's and Judge Schneider's attention to this case and as soon as settlement funds are received we will be filing a voluntary dismissal.

Thank you.

Respectfully submitted,

*Stephen E. Raynes*
Stephen E. Raynes

SER/lmg
cc:   Eric M. Wood, Esquire

Reply to Rittenhouse Square

1845 Walnut Street - 20th Floor
Philadelphia, PA 19103
(215) 568-6190 - Fax (215) 988-0618

www.raynesmccarty.com

One Greentree Centre
10,000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
(856) 854-1556