

## Fox Rothschild LLP
### ATTORNEYS AT LAW

Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401-7212
Tel 609.348.4515  Fax 609.348.6834
www.foxrothschild.com

Eric M. Wood
Direct Dial:  (609) 572-2226
Email Address:  ewood@foxrothschild.com

February 6, 2017

***VIA ELECTRONIC MAIL***
Clerk of Court
**United States District Court**
**for the District of New Jersey**
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 1050
4th & Cooper Streets
Camden, NJ  08101

> Re:   **Kelliher, Edward W. vs. AtlantiCare Regional Medical Center, et al.**
>        **Civil Action No.:  1:14-cv-03045-JBS-JS**

Dear Sir/Madam:

Enclosed for filing, please find an executed Stipulation of Dismissal, With Prejudice, as to all defendants, in the above matter.

Thank you for your attention to this matter.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Eric M. Wood
Encl.

cc:     Stephen E. Raynes, Esquire / Regina M. Foley, Esquire

ACTIVE\44321635-2/6/17

**Fox Rothschild LLP**
Eric M. Wood, Esq.
formed in the Commonwealth of Pennsylvania
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, New Jersey 08401
609-348-4515 (FAX: 609-348-6834)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD W. KELLIHER,<br><br>                             Plaintiff,<br><br>    v.<br><br>KAMAL F. KASSIS, M.D.; PETER N.<br>THOMPSON, M.D.; ATLANTICARE<br>PHYSICIAN GROUP SURGICAL<br>ASSOCIATES; ATLANTICARE<br>PHYSICIAN GROUP P.A.; BOARDWALK<br>SURGICAL ASSOCIATES, P.A.; and<br>ATLANTICARE REGIONAL MEDICAL<br>CENTER, INC., et al.,<br><br>                           Defendants. | **CIVIL ACTION NO.:**<br>**1:14-cv-03045-JBS-JS**<br><br>**JURY TRIAL DEMANDED**<br><br>**CIVIL ACTION**<br><br><br>**STIPULATION OF DISMISSAL,**<br>**WITH PREJUDICE,**<br>**AS TO ALL DEFENDANTS** |

IT IS HEREBY STIPULATED AND AGREED by and between all Parties that any and all claims and cross claims against defendants, **AtlantiCare Physician Group Surgical Associates, AtlantiCare Physician Group P.A., Boardwalk Surgical Associates, P.A., Kamal F. Kassis, M.D., and AtlantiCare Regional Medical Center,** are dismissed, with prejudice, without costs against any party, in the above matter.

**RAYNES McCARTY**
Attorneys for Plaintiffs

By: _____
     Stephen E. Raynes, Esquire

Dated: _____

**FOX ROTHSCHILD LLP**
Attorneys for Defendants, AtlantiCare Physician Group Surgical Associates, AtlantiCare Physician Group P.A., Boardwalk Surgical Associates, P.A., Kamal F. Kassis, M.D., Peter Thompson, M.D., and AtlantiCare Regional Medical Center

By: _____
     Eric M. Wood, Esquire

Dated: _____

ACTIVE\44263065-2/1/17